UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

THOMAS TINER,
Institutional ID No. 706290

          Plaintiff,

v.

TEXAS PAROLE BOARD, *et al.*,

          Defendants.

No. 6:23-CV-00071-H

### ORDER

Thomas Tiner, pretrial detainee confined in the Tom Green County Detention Facility, filed a civil-rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. He asks the Court to order the Texas Board of Pardons and Paroles to remove the electronic-monitoring condition from his parole certificate. Tiner also filed a letter seeking the same injunctive relief that he seeks in his complaint. Dkt. No. 6.

Tiner has since filed second letter explaining that he wants "to drop this claim" because he filed a state habeas application in state court. Dkt. No. 7. He insists that Section 1983 is not the right vehicle for challenging the electronic-monitoring parole condition.

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. The Court finds that Tiner's letter serves as a self-executing notice of voluntary dismissal under Rule 41(a). Tiner is the master of his complaint and clearly states that he does not want to pursue his claim for relief under Section 1983.

The Clerk is therefore directed to close this case. Tiner is advised that, if he intends to file a complaint at a later date, he must use the proper form for prisoner civil-rights cases

and either pay the $405 filing fee or file an application to proceed *in forma pauperis* with a certified statement of his inmate trust account.

Tiner's separate request for injunctive relief is dismissed as moot.

So ordered.

Dated December 20, 2023.

JAMES WESLEY HENDRIX
United States District Judge